UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Daniel Alvarez,

Petitioner,

vs.

T. O'Dell,

Respondent.

Civil 00-2625 DSD/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 6, 2000, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for leave to proceed in forma pauperis [#2] is DENIED AS MOOT; and

2. The Clerk of Court is directed to immediately transfer this action to the U. S. District Court for the Eastern District of Wisconsin, pursuant to 28 U.S.C. §1406(a).

DATED: Jan. 3, 2001.

JUDGE DAVID S. DOTY
United States District Court

FILED 1-3-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________